UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LEE FLOYD KIBLER,<br><br>          Plaintiff,<br>  vs.<br><br>THOMAS A. WEBSTER, M.D., et al.,<br><br>          Defendants. | )<br>)<br>)<br>)   2:04-cv-243-RLY-WGH<br>)<br>)<br>)<br>)<br>) |

**Entry Discussing Request to Proceed on Appeal In Forma Pauperis**

    An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith.  28 U.S.C. § 1915; see *Coppedge v. United States,* 369 U.S. 438, 82 S. Ct. 917 (1962).  "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *Id*. There is no objectively reasonable argument which the plaintiff could present to argue that the denial of his motion for appointment of counsel was erroneous. The plaintiff states that the court acted arbitrarily in making such ruling, but this is not the case, as the Entry of November 14, 2005, itself shows. Just as important in this instance, moreover, is the fact that an order denying a motion for appointment of counsel is not immediately appealable, but may be reviewed only on appeal from a final judgment. *Randle v. Victor Welding Supply Co.,* 664 F.2d 1064, 1067 (7th Cir. 1981). In pursuing an appeal at this point, therefore, the plaintiff "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000).

    The plaintiff's request for leave to proceed on appeal *in forma pauperis* is **denied.**

    **IT IS SO ORDERED.**


Date:  01/12/2006

                                              RICHARD L. YOUNG, JUDGE
                                              United States District Court
                                              Southern District of Indiana

Copies to:

Lee Floyd Kibler    #04299-025
U.S. Penitentiary
P O Box 12015
Terre Haute, IN 47801

Jeffrey L. Hunter
Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN   46204-3048